IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| **TRAVIS C. LAMBERT,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | Case No. 2:10-cv-22 |
| | * | (Jury Trial Requested) |
| **STANDARD GUARANTY INSURANCE** | * | Judge Harry S. Mattice, Jr./ |
| **COMPANY,** | * | Magistrate Judge Susan K. Lee |
| | * | |
| Defendant. | * | |

## ORDER OF CONTINUANCE

Upon joint motion of all parties, and for good cause shown, all as more fully set forth in the "Joint Motion to Continue Trial Date," it is **ORDERED** that this case currently scheduled for the jury trial docket to commence December 14, 2010 be, and the same hereby is, continued to be set before the undersigned and a jury on February 1, 2011.

**ENTER:**

                                                        /s/Harry S. Mattice, Jr.
                                                      HARRY S. MATTICE, JR.
                                                      UNITED STATES DISTRICT JUDGE