IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| TRAVIS C. LAMBERT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | Case No. 2:10-cv-22 |
| | * | (Jury Trial Requested) |
| STANDARD GUARANTY INSURANCE | * | Judge Harry S. Mattice, Jr./ |
| COMPANY, | * | Magistrate Judge Susan K. Lee |
| | * | |
| Defendant. | * | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), *Federal Rules of Civil Procedure*, come the parties to this action and voluntarily dismiss this civil action and Complaint with full prejudice among, against and between all parties to this litigation in that all matters have been compromised and settled privately; and that this action is not subject to the provisions of Rule 23(e), 66, or of any statute of the United States. Each party will bear its/their own costs.

APPROVED FOR ENTRY:

s/*James D. Culp*
James D. Culp (BPR #005941)
Counsel for Plaintiff
207 East Main Street, Suite 1-A
Johnson City, TN 37604
(423) 928-5600; Fax: (423) 928-1300

s/*S. Morris Hadden*
S. Morris Hadden (BPR #000747)
Counsel for Defendant
**HUNTER, SMITH & DAVIS, LLP**
1212 N. Eastman Road
P. O. Box 3740
Kingsport, TN 37664
(423) 378-8820; Fax: (423) 378-8801

2